UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALEXSAM, INC., | No. C 12-80230 MISC RS (LB) |
| Movant, | |
| v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| BEST BUY STORES LP, BARNES & NOBLE, INC., BARNES & NOBLE MARKETING SERVICES CORP., THE GAP, INC., DIRECT CONSUMER SERVICES, LLC, HOME DEPOT U.S.A., INC., HOME DEPOT INCENTIVES, INC., J.C. PENNEY COMPANY, INC., J.C. PENNEY CORPORATION, INC., MCDONALD'S CORPORATION, P2W, INC. NFP, TOYS "R" US, INC., AND TRU-SVC, LLC,, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Alexsam, Inc.'s Motion to Compel Document Production and a Third Party Deposition From Blackhawk Pursuant to Rule 45 Subpoena, electronically filed on September 26, 2012, which is a discovery matter, to United States Magistrate Judge Laurel Beeler. The motion was not noticed for hearing.

On October 15, 2012, Blackhawk filed an Opposition that suggested the majority of this dispute has been resolved.  Neither filing complied with this court's standing order.

The Court **DENIES** the pending discovery motion without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing

United States District Court
For the Northern District of California

1   order (attached).  Those procedures require, among other things, that if a meet-and-confer by other

2   means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in**

3   **person**.  If that procedure does not resolve the disagreement, the parties must file a joint letter brief

4   instead of a formal motion.  The letter brief must be filed under the Civil Events category of

5   "Motions and Related Filings > Motions – General > Discovery Letter Brief."  After reviewing the

6   joint letter, the Court will evaluate whether to schedule a telephone conference with the parties to

7   discuss the parties' dispute and whether further proceedings are necessary.

8       **IT IS SO ORDERED.**

9   Dated: October 17, 2012

10  _____
    LAUREL BEELER
    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California